**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE WINE GROUP LLC, ) | Case No.: 10-CV-02879-LHK |
| Plaintiff, ) | ORDER DISMISSING CASE WITH PREJUDICE |
| v. ) | |
| DIAGEO PLC and DIAGEO NORTH AMERICA, INC., ) ) | |
| Defendants. ) | |

On November 17, 2010, Plaintiff filed a notice voluntarily dismissing its Complaint in this action with prejudice. No defendant has served an answer or a motion for summary judgment. Accordingly, this action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i).

**IT IS SO ORDERED.**

Dated: November 23, 2010

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-02879-LHK
ORDER DISMISSING CASE WITH PREJUDICE